BRAMLETT v. OVERNITE TRANSPORT

No. 215P91

Case below: 102 N.C.App. 77

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

BRAREN v. BRAREN

No. 125P91

Case below: 101 N.C.App. 722

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

BROYHILL v. AYCOCK & SPENCE

No. 214A91

Case below: 102 N.C.App. 382

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

BRYSON v. SULLIVAN

No. 168PA91

Case below: 102 N.C.App. 1

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1991.

CAROLINA TRUCK & BODY CO. v. GENERAL MOTORS CORP.

No. 207P91

Case below: 102 N.C.App. 262

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 12 June 1991.